

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-15-00073-CV

## IN THE MATTER OF GUARDIANSHIP
## OF AMANDALEE ELLEN SOMMERVILLE, WARD

_____

**From the County Court**
**Limestone County, Texas**
**Trial Court No. 7796**

## MEMORANDUM OPINION

The Clerk of this Court notified the parties in an April 8, 2015 letter that it appeared that this appeal had been improvidently filed by the Clerk and that the appeal would be dismissed if a response showing grounds for continuing it was not filed within ten days. No response has been filed. Accordingly, the appeal is dismissed.


REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Dismissed
Opinion delivered and filed April 30, 2015
[CV06]

